**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

February 2, 2010

## <u>LETTER ORDER</u>

Re:   D.M. Sabia v. Candor Construction
      Civil Action No. 08-3646 (PGS)

Dear Counsel:

Please be advised that a telephone status conference has been scheduled for **February 25, 2010 at 4:00 p.m. Counsel for the Plaintiff is to initiate the call.** Please mark your calendars accordingly and should you have any questions please call (973) 297-4887.

SO ORDERED.

<u>s/Esther Salas</u>
**Esther Salas**
**UNITED STATES MAGISTRATE JUDGE**