IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
---------------------------------------------------------------- X
D.M. SABIA & CO., INC.,                                          :   Index No. 08-03646 (PGS)
                                                                 :
                           Plaintiff,                            :   **ORDER**
                                                                 :
            -against-                                            :
                                                                 :
CANDOR CONSTRUCTION GROUP, INC.                                  :
and JPMORGAN CHASE BANK, N.A.,                                   :
                                                                 :
                           Defendants.                           :
---------------------------------------------------------------- X
JPMORGAN CHASE BANK, N.A.,                                       :
                                                                 :
                           Third-Party Plaintiff,                :
                                                                 :
            -against-                                            :
                                                                 :
DENNIS ULVERSOY and BEDMINSTER                                   :
MEDICAL PLAZA LLC,                                               :
                                                                 :
                           Third-Party Defendants.               :
---------------------------------------------------------------- X

THIS MATTER having been brought before the Court by defendant and third-party plaintiff JPMorgan Chase Bank, N.A., ("JPMC") by and through its attorneys, on application for the entry of an Order pursuant to FRCP Rule 12(c) for judgment on the pleadings on the JPMC Cross-Claims and Third-Party Complaint claims for breach of contract (Cross-Claim 1) and conversion (Cross-Claim 3, Third-Party Claim 2) against Candor Construction Group, Inc. ("Candor") and Dennis Ulversoy, and the Court having considered the papers submitted in connection with this motion, and having heard the arguments of counsel, and for good cause shown,

IT IS on this 3 day of March, 2010,

1

ORDERED that the motion of Defendant and Third-Party Plaintiff JPMorgan Chase Bank, N.A. for a judgment imposing liability on Candor and Ulversoy as to JPMC on JPMC's Cross-Claim 1, (the "Breach of Contract Claim") and Cross-Claim 3, Third-Party Claim 2, (the "Conversion Claim") be, and hereby is, ~~granted~~ *denied*, and ~~that the Clerk enter judgment accordingly; and it is~~

FURTHER ORDERED that ~~an inquest~~ *hearing* be held on _____ to determine damages *and prove claim* to be awarded JPMC against the Defendant Candor and Third-Party Defendant Ulversoy.

_____
Hon. Peter G. Sheridan, U.S.D.J.

2