# SATTERLEE STEPHENS BURKE & BURKE LLP

METROPARK
33 WOOD AVENUE SOUTH
SUITE 600
ISELIN, NJ 08830
(732) 603-4966
FAX (732) 603-4977

E-Mail: wsaurack@ssbb.com
Phone: (212) 818-9200

HOWARD A. NEUMAN*
CHRISTOPHER R. BELMONTE*

*ALSO ADMITTED IN NEW YORK

230 PARK AVENUE
NEW YORK, N.Y. 10169-0079
(212) 818-9200
FAX (212) 818-9606

www.ssbb.com

March 4, 2010

<u>Via CM/ECF</u>
The Honorable Peter G. Sheridan (via ECF)
United States District Judge
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

   Re: D.M. Sabia & Company, Inc. v. Candor Construction Group, et al.
     <u>Index no. 08 civ 03646 (PGS)(ES)</u>

Dear Judge Sheridan:

  We represent defendant and third-party plaintiff JPMorgan Chase Bank N.A. ("JPMC") in the above-captioned matter. A conference relating to our motion for judgment on the pleadings as against defendants Candor Construction Group, Inc. and Dennis Ulversoy is scheduled for March 8, 2010. Today, we received notice that the Court denied our motion and ordered a hearing to be held on a date yet to be determined.

  After consultation with your law clerk, we were informed that the Court would find it helpful if we were able to provide a witness at the March 8 conference. Unfortunately, due to the short notice, our witness will not be available at that conference. Nonetheless, we request that the conference go forward on March 8 and that the scope and date of the hearing referenced in the Court's order be set at that conference.

              Respectfully Yours,

              Walter A. Saurack

cc:
David K. Marx Jr., Esq. (via CM/ECF and Overnight Mail)
3108 Route 10 West, Suite 8
Denville, New Jersey 07834
*Counsel for Defendant Candor Construction Group Inc.,
And Third-Party Defendants Dennis Ulversoy, and Bedminster Medical Plaza LLC*

796860_1

Joseph R. Meiss, Esq. (via CM/ECF and Overnight Mail)
10 E. 6th Avenue, Suite 100
Conshohocken, PA 19428
*Counsel for Plaintiff*

The Honorable Esther Salas (via CM/ECF)
United States Magistrate Judge
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101