**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| | : | |
| JPMORGAN CHASE BANK, N.A., | : | |
| | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| v. | : | Civ. No. 08-3836 (WHW) |
| | : | |
| CANDOR CONSTRUCTION GROUP, | : | |
| INC., BEDMINSTER MEDICAL PLAZA | : | |
| LLC, AND DENNIS ULVERSOY | : | |
| | : | |
| Defendants. | : | |

**Walls, Senior District Judge**

Plaintiff, JPMorgan Chase Bank, N.A. ("JPMC"), moves under Rules 37(b)(2), 55(a) and 55(b) of the Federal Rules of Civil Procedure for an order to strike the Answer and Counterclaim of defendants and for entry of default judgment against defendants.

It is on this 13th day of April, 2010:

ORDERED that plaintiff's motion for default judgment against all defendants on its first through eighteenth causes of action is granted.

IT IS FURTHER ORDERED that plaintiff's motion to strike the Answer is denied as moot.

IT IS FURTHER ORDERED that plaintiff's motion to strike the Counterclaim is granted.

IT IS FURTHER ORDERED that a hearing in this action will be held in this Court on June 7, 2010, at 10:00 a.m., at which time the Court will address the issues of damages

**NOT FOR PUBLICATION**

and whether to impose a constructive trust on certain property, as requested by plaintiff's

nineteenth cause of action.

**s/William H. Walls**
United States Senior District Judge
