# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**CHAMBERS OF**
**ESTHER SALAS**
**UNITED STATES MAGISTRATE JUDGE**

**MARTIN LUTHER KING COURTHOUSE**
**50 WALNUT ST.**
**ROOM 2060**
**NEWARK, NJ 07101**
**973-297-4887**

September 13, 2010

## <u>LETTER ORDER</u>

Re:   **D.M. Sabia, et al. v. Candor Construction, et al.**
      **Civil Action No. 08-3646 (PGS)**

Dear Counsel:

Please be advised that a telephone status conference has been scheduled for **<u>October 15, 2010 at 10:00 a.m.</u>  Defense counsel shall initiate the call.**  Please mark your calendars accordingly, and should you have any questions please call (973) 297-4887.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas**
**UNITED STATES MAGISTRATE JUDGE**